IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HPROF, LLC,

        Plaintiff,                        No. 2:12-cv-02263 MCE KJN PS

       v.

ALIYYAH SALMA, et al.,

        Defendants.               <u>ORDER</u>

_____/

      On September 19, 2012, the Magistrate Judge filed findings and recommendations (ECF No. 3) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

      Accordingly, the Court presumes that any findings of fact are correct. See <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. See <u>Britt v. Simi Valley Unified Sch. Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

      The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 3) are ADOPTED IN FULL;

2. Defendant Jacoby Jones's request to proceed in forma pauperis (ECF No. 2) is DENIED;

3. The action is REMANDED to the San Joaquin County Superior Court;

4. The Clerk of the Court is directed to serve a certified copy of this order on the Clerk of the San Joaquin County Superior Court, and reference the state case number (39-2012-00283806-CL-UD-MAN) in the proof of service; and

5. The Clerk of the Court is directed to close the case.

Dated: November 6, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE